# United States Court of Appeals
#### For The District of Columbia Circuit
_____

**No. 22-5291**                                   **September Term, 2022**

**1:13-cv-00993-RJL**

**Filed On: April 5, 2023** [1993393]

Solenex LLC, A Louisiana Limited Liability
Company,

        Appellee

    v.

Debra A. Haaland, Secretary, U.S.
Department of the Interior, et al.,

        Appellees

Blackfeet Headwaters Alliance, et al.,

        Appellants

------------------------------

Consolidated with 22-5296

### O R D E R

    Upon consideration of the motion of federal defendant-appellants for a 30-day extension of time to file the opening brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief(s) | May 10, 2023 |
| Appellees' Brief | June 14, 2023 |
| Appellants' Reply Brief(s) | July 7, 2023 |
| Deferred Appendix | July 14, 2023 |
| Final Briefs | July 28, 2023 |

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:   /s/
                     Michael C. McGrail
                     Deputy Clerk